UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Richard Theriot
             Plaintiff,

v.                    Case No.: 1:10–cv–02575
                   Honorable James B. Zagel

Sheriff of Cook County, et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 2, 2012:

   MINUTE entry before Honorable James B. Zagel: Status hearing is stricken. Case is hereby dismissed without prejudice and without costs with leave to reinstate on or by 3/1/2012. Case shall be deemed dismissed with prejudice and without costs after 3/2/2012. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.